| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>McKibben, Howard D. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>06/25/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia St., Room 607<br>Reno, Nevada 89501 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor | The National Judicial College, Reno, Nevada |
| 2. | Board Member | Eagle Valley Children's Home |
| 3. | Member Emritus | Bruce R. Thompson & Howard D. McKibben Inns of Court |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Public Emloyers Retirement System (spouse) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Economics Institute For Judges George Mason University | 9/23/2012-9/28/2012 | Arlington, Virginia | Seminar | Transportation, Lodging, Meals |
| 2. | Econmics Institute For Judges George Mason University | 12/01/2012-12/07/2012 | Coral Gables, Florida | Seminar | Transportation, Lodging, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House - Douglas Co., NV (J) | D | Rent | N | W | | | | | |
| 2. 1/2 interest-unimproved land Douglas Co.NV(water rights)(J) | | None | O | W | | | | | |
| 3. House, South of Newport, Oregon (J) | E | Rent | O | W | | | | | |
| 4. Bank of America (2) | A | Interest | M | T | | | | | |
| 5. Bank of America, Checking Acct., Gardnerville, NV | | None | J | T | | | | | |
| 6. Symetra & Nationwide | D | Interest | N | T | Sold (part) | 04/03/12 | M | | |
| 7. Wells Fargo - Certificate of Deposit | A | Int./Div. | K | T | Sold (part) | 03/16/12 | L | | |
| 8. Key Plan Maxi aka Sun Life Financial | B | Interest | L | T | | | | | |
| 9. Hartford - Single Premium | A | Interest | K | W | | | | | |
| 10. Wells Fargo Adv. Fund | B | Dividend | M | T | | | | | |
| 11. AT&T | C | Dividend | L | T | | | | | |
| 12. Charles Schwab & Co., Inc. | A | Interest | J | T | | | | | |
| 13. Morgan Stanley Sears Liq.Ass.&Liq. Asset FD DSC Exchange | A | Interest | K | T | | | | | |
| 14. - (Cont. #13) Morgan Sta Morgan Stan. Tax Free | | | | | | | | | |
| 15. - (Cont. #13) Daily Income & Active Asset Trust | | | | | | | | | |
| 16. - (Cont. #13) Money Market Fund (FORMERLY DEAN WITTER) | | | | | | | | | |
| 17. Public Employees Retirment System of Nevada (S) | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Inter Capital Quality Muni (two funds) - now Invesco Quality | A | Interest | J | T | | | | | |
| 19. Inter Capital Insured Muni Income - now Investco Quality | A | Interest | J | T | | | | | |
| 20. 10.0 net mineral acre interest - Howard County, Texas | | None | J | W | | | | | |
| 21. Water Rights, Douglas County, NV | | None | J | W | | | | | |
| 22. Cisco Systems, Inc. | | None | J | T | | | | | |
| 23. Dell Computer | | None | | | Sold | 09/11/12 | J | B | |
| 24. Microsoft | A | Dividend | J | T | | | | | |
| 25. Morgan Stanley Dean Witter IRA - Focus Growth | | None | J | T | | | | | |
| 26. General Electric | A | Dividend | K | T | | | | | |
| 27. Dean Witter IRA Account: Proctor & Gamble | A | Dividend | K | T | | | | | |
| 28. Dean Witter IRA Account: - T Rowe Price Small Cap | | None | K | T | Sold (part) | 11/02/12 | J | A | |
| 29. NCR Corp. | | None | | | Sold | 09/11/12 | J | A | |
| 30. Van Kampen Utility Income | A | Interest | K | T | | | | | |
| 31. Intel | A | Dividend | | | Sold | 09/11/12 | J | B | |
| 32. House - Mono County, California | | None | N | W | | | | | |
| 33. Bank of America Time Certificate | B | Interest | M | T | | | | | |
| 34. Farm - Hardin County, Ohio | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Series I Bonds (eleven) (See 2 in Part VIII) | | None | J | T | | | | | |
| 36. Heritage Bank | B | Interest | M | T | | | | | |
| 37. Smuckers | | None | J | T | | | | | |
| 38. Comcast Corp. | A | Dividend | K | T | | | | | |
| 39. J.P. Morgan & Chase | | None | J | T | | | | | |
| 40. Nuveen Tradewinds Int. | A | Dividend | J | T | | | | | |
| 41. Nuveen NWQ | A | Dividend | K | T | | | | | |
| 42. Teradata | | None | J | T | | | | | |
| 43. Coca Cola | A | Dividend | J | T | | | | | |
| 44. 3 M | A | Dividend | J | T | | | | | |
| 45. Apple | | None | K | T | Sold (part) | 11/20/12 | J | C | |
| 46. Nevada State Bank (2 accounts) | A | Interest | M | T | | | | | |
| 47. Johnson & Johnson | | None | J | T | | | | | |
| 48. Plan Member Elite Portfolio III (no control) | C | Int./Div. | M | T | Buy | 04/03/12 | M | | |
| 49. Franklin Tempelton Bond Fund | B | Interest | L | T | Buy | 03/16/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D. | 06/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All of our assets are held in trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Howard D. McKibben**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544